IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| GEORGE F. CAMPBELL, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:14cv00658 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| MR. FRYMEYER, | ) | By: Norman K. Moon |
|     Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that Campbell's complaint is **DISMISSED without prejudice** pursuant to 28 U.S.C. § 1915A(b)(1) and this action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

**ENTER**: This 18th day of February, 2015.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE